RANCO INDUSTRIAL CORPORATION v. PATELOS DOOR
CORPORATION AND S. N. PATELOS

No. 728DC810

(Filed 20 December 1972)

**Sales § 13— misrepresentation in sale of goods — award of damages proper**
 Plaintiff was not prejudiced by the fact that the trial court may
 have applied an inappropriate measure of damages where the amount
 awarded defendants on their counterclaim for misrepresentation in the
 sale of goods was no more than they were entitled to, as a matter of
 law, under the court's findings of fact.

APPEAL by plaintiff from *Nowell, District Judge,* 17 July
1972 Session of District Court held in WAYNE County.

Plaintiff instituted this action for the claim and delivery
of a roof spray kit that was in defendants' possession. The kit
was loaned to defendants by plaintiff to use in applying a roof
spray sold to defendants by plaintiff for the price of $407.00.
Defendants filed a counterclaim, and offered evidence tending
to show that the spray preparation was misrepresented by
plaintiff, that it was unfit for the particular use for which it
was sold, and that after one-third of the amount purchased had
been applied to defendants' roof, it had to be removed at a
cost to defendants of $150.00.

The court allowed plaintiff's motion for summary judgment
on the question of its right to the possession of the spray kit
and ordered defendants to deliver possession of the kit forthwith
to plaintiff. Sitting without a jury, the court then heard evidence
relating to defendants' counterclaim, and after making findings
of fact and conclusions of law consistent with the evidence,
entered judgment ordering defendants to return to plaintiff
the unused portion of the spray and awarding judgment to
defendants in the sum of $271.30, being the amount defendants
paid for the portion of the spray which they were ordered to
return. Plaintiff appeals from this judgment.

*Turner and Harrison by Fred W. Harrison for plaintiff
appellant.*

*Baddour and Lancaster by Philip A. Baddour, Jr., for
defendant appellees.*

GRAHAM, Judge.

Plaintiff's assignments of error to the admission of testimony by the individual defendant as to the representations made by plaintiff's agent when the spray was purchased are overruled.

The findings of fact made by the trial judge are supported by the evidence and must be sustained. The $271.30 awarded defendants is no more than they were entitled to, as a matter of law, under the court's findings of fact. Under these circumstances, plaintiff was not prejudiced by the fact the court may have applied an inappropriate measure of damages. *Cf. Motors, Inc. v. Allen,* 11 N.C. App. 381, 181 S.E. 2d 134.

No error.

Judges HEDRICK and VAUGHN concur.